UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60516-CIV-DIMITROULEAS/ROSENBAUM

CHRIST COVENANT CHURCH,

        Plaintiff,

v.

THE TOWN OF SOUTHWEST RANCHES,

        Defendant.
_____/

**ORDER**

      This matter comes before the Court upon the Parties' Joint Motion to Hold Plaintiff's Motion to Compel [D.E. 39] in Abeyance Until the Court Has Ruled On the Parties' Joint Motion for Continuance of Trial Date, Discovery Deadlines, and All Related Case Deadlines [D.E. 52]. The Court has reviewed the Parties' Joint Motion and the case record and is otherwise fully advised in the premises.

      Although the Court understands the basis for the Parties' joint request to hold the Motion to Compel in abeyance pending resolution of the Parties' Joint Motion for Continuance of Trial Date, Discovery Deadlines, and All Related Case Deadlines [D.E. 51], the Court notes that the discovery cut-off in this case is currently set for April 25, 2008. As long as the discovery deadline remains April 25th, the undersigned will not consider holding Plaintiff's Motion to Compel in abeyance. Because of the lack of continuity in Plaintiff's counsel, however, the Court will grant the Partites' alternative request that Defendant be permitted to file its response to Plaintiff's Motion to Compel by April 18th. Although this extension constitutes the first one granted to Defendant while Plaintiff

has been represented by its current counsel, the Court notes that this serves as the third time the Court has extended the date of Defendant's response with respect to Plaintiff's Motion to Compel. Barring extenuating circumstances or a significant change in the discovery cut-off, the undersigned does not contemplate providing further extensions with respect to Defendant's response to Plaintiff's Motion to Compel.

Thus, it is **HEREBY ORDERED AND ADJUDGED** that the Parties' Joint Motion to Hold Plaintiff's Motion to Compel in Abeyance Until the Court Has Ruled On the Parties' Joint Motion for Continuance of Trial Date, Discovery Deadlines, and All Related Case Deadlines is **GRANTED IN PART AND DENIED IN PART**, in accordance with the terms of this Order.

**DONE AND ORDERED** this 11th day of April, 2008.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William P. Dimitrouleas
      Counsel of Record