UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60516-CIV-DIMITROULEAS/ROSENBAUM

CHRIST COVENANT CHURCH,

       Plaintiff,

v.

THE TOWN OF SOUTHWEST RANCHES,

       Defendant.
_____/

**ORDER**

      This matter comes before the Court upon Plaintiff's Emergency Motion to Compel: (1) Responsive Answers to Plaintiff's First Set of Interrogatories and First Set of Requests for Admissions; and (2) Service of Responses to Plaintiff's Second and Third Set of Interrogatories [D.E. 95].  Plaintiff Christ Covenant Church ("Church") complains that it has timely served its discovery requests upon Defendant Town of Southwest Ranches ("Town") and has attempted to obtain responses to all questions through a prior motion to compel and negotiations with the Town.  Such efforts, however, have not resulted in a resolution of the discovery disputes.  Noting the impending discovery deadline of July 7, 2008, and further asserting that they need the requested discovery prior to the July 9, 2008, depositions of Commissioners Donald Maines and Jeff Nelson, the Church seeks expedited consideration of its Motion to Compel.  In light of the apparent efforts made by the parties to resolve these disputes without Court intervention, as well as the imminent discovery deadline and the upcoming depositions for which the information is desired, the Court finds good cause to expedite consideration of the Church's Motion.

Thus, it is **HEREBY ORDERED AND ADJUDGED** as follows:

1. The Town shall respond to the Church's Motion to Compel by **5:00 p.m., Monday, July 7, 2008.**

2. In view of the short timeframe available, the Court will not entertain a reply.

3. The Court shall hold a hearing on the Church's Motion on **Tuesday, July 8, 2008, at 3:00 p.m.**

**DONE AND ORDERED** this 3rd day of July, 2008.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
       Counsel of Record